■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT R. WHEELER, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES CLARK, Appellant, v. R. E. HEROLD, as Director of Dannemora State Hospital, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DARLING, Appellant.— [In each action] Permission to prosecute appeal as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Time to perfect appeals extended 90 days.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LEO MARONEY, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ANGELL, Appellant.— [In each action] Permission to prosecute appeal as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW O'SUTCH, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD NOWLIN, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Time to perfect appeal extended 90 days.